IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DIANE L. SAMSTAD, | ) | CASE NO. 8:04CV230 |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | **ORDER** |
| BLUE CROSS AND BLUE SHIELD OF NEBRASKA, | ) ) ) | |
| Defendant. | ) ) | |

Upon Stipulation of the parties,

**IT IS ORDERED:**

This matter is dismissed, with prejudice, each party to bear their own costs and attorney's fees.

DATED this 18th day of May, 2005.

BY THE COURT,

s/ Joseph F. Bataillon
United States District Court Judge

OM-196872-1